UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aqeel Kadhim Al Bidhany,

    Petitioner,

        v.                               Case No. 1:21cv285

Butler County Sheriff, *et al.*,             Judge Michael R. Barrett

    Respondents.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 3, 2021 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 5) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 5) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, this matter is dismissed for failure by the Petitioner to comply with the Magistrate Judge's Order of April 26, 2021 (Doc. 2).

    **IT IS SO ORDERED.**

                                                        */s/ Michael R. Barrett*
                                                        Michael R. Barrett, Judge
                                                        United States District Court